

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00890-CV

Christopher James **COLEMAN**,
Appellant

v.

**DOVER MAINTENANCE ASS'N, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01340
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED WITH PREJUDICE. Costs of appeal are assessed against the party that incurred them.

SIGNED May 6, 2015.

_____
Sandee Bryan Marion, Chief Justice